UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>CAITLIN FILLION )<br>) | CRIM. NO. 21-cr-00036-SM-2 |

### *ASSENTED TO* MOTION FOR A DETENTION HEARING

Defendant Caitlin Fillion hereby moves this Court, with the ASSENT of the Government, for a detention hearing, where (1) the defendant has stipulated to detention without prejudice, (2) the defendant has interviewed with probation, and (3) the defendant has a release plan in place. The Government assents to the relief sought in this motion (i.e., that a detention hearing be scheduled).

**WHEREFORE**, for all the foregoing reasons, Defendant Caitlin Fillion respectfully requests that this Court GRANT the within motion and SCHEDULE a detention hearing.

                                                                    Defendant
                                                                    Caitlin Fillion
                                                                    By her Attorney,

                                                                    */s/ Benjamin L. Falkner*
                                                                    Benjamin L. Falkner (Bar No. 17686)
                                                                    Krasnoo, Klehm & Falkner LLP
                                                                    28 Andover Street, Suite 240
                                                                    Andover, MA  01810
                                                                    (978) 475-9955 (telephone)
                                                                    (617) 365-4368 (mobile)
                                                                    (978) 474-9005 (facsimile)
Dated:  May 18, 2021                              bfalkner@kkf-attorneys.com

## **CERTIFICATE OF SERVICE**

 I hereby certify that I served a true copy of the within document upon counsel of record for the Government via the Court's ecf system on May 18, 2021.

        */s/ Benjamin L. Falkner*
        Benjamin L. Falkner